

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

FILED
DEC 0 6 2019
DAVID CREWS, CLERK
BY _____ Deputy

| | |
|---|---|
| ANTHONY B. CARR, | : |
| Petitioner, | : |
| v. | : No. 3:19CV274 |
| | : CAPITAL HABEAS CORPUS |
| PELICIA HALL, Mississippi Corrections Commissioner, and JIM HOOD, Attorney General, | : |
| Respondents. | : |

## MOTION FOR APPOINTMENT OF COUNSEL

Petitioner, Anthony Carr, hereby moves the Court for the appointment of Laura Welikson, Bradley Arant Boult Cummings, LLP, and Joseph J. Perkovich as federal counsel pursuant to 18 U.S.C. § 3599 in order to pursue habeas corpus relief under 28 U.S.C. § 2254 from the judgment rendered in Quitman County Circuit Court in 1990. The Petitioner is entitled to the appointment for the reasons stated in the Petitioner's Memorandum of Law in Support of Motion for Appointment of Counsel, which is filed separately herewith pursuant to Local Uniform Civil Rule 7(b)(4).

RESPECTFULLY SUBMITTED, this the 6th day of December, 2019.

*Laura Welikson*
LAURA WELIKSON (MBN 105735)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place
188 E. Capitol Street, Suite 1000
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
lwelikson@bradley.com

*Counsel for Petitioner Seeking Appointment*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this pleading on counsel for the State of Mississippi in Mr. Carr's recent proceedings in the Supreme Court of Mississippi (identified below), by first-class United States Mail on this the 6th day of December, 2019.

Jim Hood
Jason L. Davis
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205

_____
LAURA WELIKSON