## SUPREME COURT OF MISSISSIPPI
## APPEARANCE FORM

Case # __Anthony Carr v. State of Mississippi__

Style of Case __2017-TS-01481-SCT__

The Clerk will enter my/our appearance as Counsel for __State of Mississippi__

(Please list names and addresses of all parties represented.)

who IN THIS COURT are    [ ] Petitioner(s)    [x] Respondent(s)    [ ] Amicus Curiae
                            [ ] Appellant(s)    [ ] Appellee(s)    [ ] Intervenor

I certify that I am a member of The Mississippi Bar.

_____ (Signature)

LaDonna Holland
(Type or Print Name)

MS Attorney General's Office
(Firm or Organization)

Address __P.O. Box 220__    Suite _____

City & State __Jackson, MS__    Zip __39205__    Phone (601) 359-3827    Fax (601) 359-3185

E-Mail Address __lholl@ago.state.ms.us__

Note: When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel to whom all notification is to be sent, with the understanding that if other counsel should be informed he **will perform** that function. If lead counsel has not signed above, lead counsel **must** complete his own form for appearance of counsel. The person to be notified in this case is:

Name of Lead Counsel (Type or Print) __Jason Davis__

Inquiry of Counsel:
    To your knowledge and that of your co-counsel from whom you are to make inquiry:
        (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)?
                Yes[ ]    No[x]
        (2) Is there any such case now pending (a) in a circuit or chancery court in this state, or (b) in an administrative agency, board, or commission which would likely be appealed to this court?
                Yes[ ]    No[x]
        (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this court by appeal, petition to enforce, review, deny?
                Yes[ ]    No[x]
        (4) Does this case qualify for calendaring priority under MRAP Rule 23? If so, cite type of case _____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related case.

_____

Name of Court or Agency_____

Status of Appeal (if any)_____

_____

Other Status (if not appealed)_____

_____

**IF A CRIMINAL APPELLANT IS OUT ON BOND, PLEASE PROVIDE THE NAMES AND ADDRESSES OF THE SURETIES.**
NOTE: Attach sheet to give further details.