# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**ANTHONY CARR**                                                           **PETITIONER**

**V.**                                                                               **NO. 3:19-CV-274-DMB**

**NATHAN CAIN, Mississippi**
**Corrections Commissioner; and**
**LYNN FITCH, Attorney General**                                **RESPONDENTS**

## SCHEDULING ORDER

On September 14, 2020, Anthony Carr filed a petition for a writ of habeas corpus. Doc. #12. Having concluded that Respondents should answer the petition, the Court sets the following deadlines:

1. Respondents must file an answer or other responsive pleading to Carr's federal habeas corpus petition within ninety (90) days of the date of this order. The answer or pleading must conform to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and to Rule 12 of the Federal Rules of Civil Procedure.

2. Respondents must clearly and directly respond to the issue of whether Carr has exhausted available state remedies with regard to each of the claims raised in his pleadings. If Respondents deny that available state remedies have been exhausted as to any of Carr's claims, Respondents must explain, in detail, the state remedies still available to Carr with regard to each unexhausted claim. If Respondents wish to assert the defense that Carr has procedurally defaulted on any claim for relief in the petition, Respondents must explicitly assert such defense and identify with specificity which of Carr's claims they contend are procedurally barred from consideration by this Court.

3. Within sixty (60) days of the date Respondents serve Carr's counsel with a copy of Respondents' answer or other responsive pleading, Carr must file with the Clerk of this Court and serve on Respondents' counsel of record any reply he wishes to make to the answer or responsive pleading.

4. Unless otherwise modified by the Court, Carr must file, not later than ninety (90) days after service of the answer or other responsive pleading, a memorandum of law in support of his petition. Respondents must file a responsive memorandum within ninety (90) days of service of Carr's supporting memorandum. Carr may file a reply memorandum within sixty (60) days of service of Respondents' memorandum.

5. Within thirty (30) days of the date Respondents file an answer or other responsive pleading in this matter, Respondents must submit to the Clerk of this Court true and correct copies of all pertinent records from Carr's state court proceedings. Such records must be submitted in both conventional *and* electronic formats.

6. Any party seeking an extension of any deadline specified above must file a written motion requesting such extension *before* the expiration of the deadline and must state in detail why, despite the exercise of due diligence, that party will be unable to comply with the deadline.

**SO ORDERED**, this 14th day of January, 2020.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**