UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | | |
|---|---|---|
| ANTHONY B. CARR, | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | No. 3:19-CV-274-DMB |
| | : | |
| NATHAN CAIN, Mississippi Corrections | : | CAPITAL HABEAS CORPUS |
| Commissioner, and LYNN FITCH, | : | |
| Attorney General, | : | |
|     Respondent. | : | |
| | : | |

### RESPONSE IN OPPOSITION TO RESPONDENTS' MOTION FOR RECONSIDERATION OF ORDER PARTIALLY GRANTING MOTION TO STAY PROCEEDINGS

Respondents urge this Court, repeatedly, to reconsider its December 6, 2022 Order (Doc. #47). Docs. #48, #49, #50. Respondents reverse the position taken in their opposition to Petitioner's underlying motion pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005) (Doc. #41, the "*Rhines* Motion"), belatedly presenting an argument that they failed to submit to this Court at the required time. Further, Respondents' new legal orientation continues to misapprehend the law, misstating in a different, yet still erroneous, way the nature of the claim for which this Court properly entered a stay.

Accompanying this response is a memorandum brief, filed separately.

Respectfully submitted, this the 29th day of December, 2022.

                                          /s/ *Joseph J. Perkovich*
                                          Joseph J. Perkovich
                                          PHILLIPS BLACK, INC.
                                          PO Box 4544
                                          New York, NY 10163-4544
                                          212.400.1660 (tel.)
                                          j.perkovich@phillipsblack.org

/s/ *Christina M. Seanor*
Christina M. Seanor
BRADLEY ARANT BOULT CUMMINGS, LLP
One Jackson Place
188 East Capitol Street, Suite 1000
PO Box 1789
Jackson, MS 39215-1789
601.948.8000 (tel.)
cseanor@bradley.com

*Counsel for Petitioner, Anthony B. Carr*